FILED
IN OPEN COURT
JUL - 2026
CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Newport News Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 4:26-cr-48 |
| PATRICK WATSON,<br>a/k/a "Gree,"<br>(Counts 1, 5, 12-15, 17-18, 20-22, 28, 33-34, and 36) | 18 U.S.C. § 1349<br>Conspiracy to Commit Bank Fraud<br>(Count 1) |
| RAEQUAN HARRIS<br>a/k/a "Get Money Rae"<br>(Counts 1, 8-10, 12-15, 17, 21, 24-25, 31, and 33) | 18 U.S.C. §§ 1344 and 2<br>Bank Fraud<br>(Counts 2-23) |
| KEANDRE WILLIAMS<br>a/k/a "Chase Bandz"<br>(Counts 1, 2-3, 11, 27, and 32) | 18 U.S.C. §§ 513(a) and 2<br>Making, Uttering, and Possessing Counterfeit Securities of a Private Entity<br>(Counts 24-26) |
| LASHAWN CUFFEE<br>a/k/a "Yo Yo"<br>(Counts 1, 6-7, 20, and 29-30) | 18 U.S.C. §§ 1028A and 2<br>Aggravated Identity Theft<br>(Counts 27-37) |
| JAWON BRAY<br>a/k/a "Cool Rich"<br>(Counts 1, 4-5, 13-14, 23, 26, 28, and 37) | 18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br>Felon in Possession of a Firearm<br>(Count 38) |
| and | |
| KEVIN RIDDICK<br>a/k/a "Cash"<br>(Counts 1, 4-5, 16, 19, 26, 28, 35, and 38) | 18 U.S.C. §§ 492, 981(a)(1)(C), and 982(a)(2)(A); 28 U.S.C. § 2461(c)<br>Criminal Forfeiture |
| Defendants. | |

## INDICTMENT

July 2026 Term – at Newport News, Virginia

## GENERAL ALLEGATIONS

At all times relevant:

1. Get Money Gang, a/k/a "GMG," was a hybrid criminal street gang in the Eastern District of Virginia whose members joined together to defraud financial institutions, steal identities, engage in related financial crimes, and protect proceeds of the conspirators.

2. PATRICK WATSON, a/k/a "Gree," RAEQUAN HARRIS, a/k/a "Get Money Rae," KEANDRE WILLIAMS, a/k/a "Chase Bandz," LASHAWN CUFFEE, a/k/a "Yo Yo," JAWON BRAY, a/k/a "Cool Rich," and KEVIN RIDDICK, a/k/a "Cash," were members of conspiracy.

3. Members of the conspiracy wore jewelry and clothing demonstrating their affiliation. For example, on May 26, 2017, BRAY posted to social media wearing a custom hat reading "Cool Rich" and a matching shirt reading, "#GETMONEYGANG." Similarly, on September 13, 2022, HARRIS was encountered by police while wearing a necklace with a large medallion reading, "GMG." On February 15, 2022, RIDDICK posted a picture of himself and CUFFEE wearing suits while RIDDICK gesturing at his necklace, which had a conspicuous medallion reading, "CA$H." WATSON likewise posted a picture of himself to social media with BRAY, in which WATSON is wearing a necklace with a large medallion reading, "GMG."

4. Members of the conspiracy frequently listed their affiliation on social media. For example, during times relevant, CUFFEE's social media profile conspicuously listed "GⓂG" under his username. WATSON's social media profile similarly listed "🌀 Ⓜ 🌀" under his username. BRAY's social media profile likewise indicated "GⓂG" under his username.

5. The members of the conspiracy also frequently posted to social media and publicly proclaimed their affiliation. For example, on May 23, 2017, BRAY posted a picture of himself to social media with the caption, "I Want Stop Till I Win 💯 💰 💰 GⓂG." Likewise, on May 27,

2017, BRAY posted a picture of himself and WATSON with the caption, "We Living Marvelous 💰 🏧 GⓂ️G," which was liked by HARRIS. On October 14, 2017, and December 7, 2017, BRAY posted to social media and included a reference to "#GetMoneyGang." On December 10, 2017, BRAY posted to social media that "Gree [i.e., WATSON] said don't let up on you n[*****] keep my foot on y'all throat #FreeGree #GetMoneyGang Ⓜ️ 🏧 💰." On January 9, 2022, WATSON posted to social media while wearing a necklace with a large "GMG" medallion and remarked, "Came To Far To Look Back On What It Could Of Been ❤#GMG."

6. Langley Federal Credit Union, Bay Port Credit Union, and Navy Federal Credit Union are financial institutions, as defined in Title 18, United States Code, Section 20, because they are credit unions with accounts insured by the National Credit Union Share Insurance Fund.

7. Fish Tails, LLC, d/b/a Skrimp Shack and Caring For You Home Care Service, LLC, are organizations that operate in and affect interstate and foreign commerce, as defined in Title 18, United States Code, Section 513(a).

## OBJECT OF THE SCHEME AND ARTIFICE TO DEFRAUD

8. The object of the scheme and artifice to defraud was for WATSON, HARRIS, WILLIAMS, CUFFEE, BRAY, RIDDICK, and their coconspirators to fraudulently obtain funds to which they were not entitled through a number of illicit means, to include negotiating counterfeit and fraudulent checks at banks and credit unions and utilizing fraudulent access devices to withdraw United States currency.

## WAYS, MANNER, AND MEANS OF THE CONSPIRACY

9. Conspirators stole and repurposed checks – either through creating new check templates that incorporated the personal and financial information contained on the original check (to include the payor's name and address, as well as the account number and routing number), or

replacing the name of the designated payee on the original check with the name of a conspirator or accomplice.

10. Conspirators obtained funds from financial institutions via the negotiation of these fraudulent checks through a number of means. One of those means was for conspirators to steal identities and open bank accounts in the name of third party identity theft victims to obfuscate who was responsible for the negotiation of counterfeit and forged checks.

11. To open bank accounts in the name of identity theft victims, coconspirators used and manipulated the same Dominion Energy bill with account number (last four digits 4237) as support documentation, including to open accounts in the name of J.C. at Bay Port Credit Union (RIDDICK), T.N. at Langley Federal Credit Union (CUFFEE), C.M. at Langley Federal Credit Union (WATSON), Zac.W. at Bay Port Credit Union (WATSON), and A.L. at Bay Port Credit Union (BRAY).

12. Another of those means was a practice known as "card cracking," a four-prong process that typically proceeds as follows:

a. conspirators obtain the bank account information of a frequently complicit third party (to include that bank account holder's Automated Teller Machine (ATM) card and accompanying Personal Identification Number (PIN)), usually on the understanding that the account holder will receive a future cash payment in exchange for these materials;

b. conspirators obtain the personal information and bank account information of a victim (to include the victim's bank account number and routing number) – typically through direct mail theft, or the purchase of such previously-stolen information offered for sale on various social media and online platforms;

c. conspirators create a counterfeit check (as noted above, either utilizing check printing software, or through physical alteration of pre-existing checks) that purports to have been drafted by the victim on victim's actual checking account, and made payable to the complicit third party;

d. conspirators, using the complicit third party's ATM card and accompanying PIN, deposit the counterfeit check at an ATM machine and then – following the bank's acceptance of that counterfeit check, and crediting of the complicit third party's account – withdraw the cash that the bank makes available.

13. It was further part of the conspiracy that conspirators utilized the credit cards, debit cards, and personal identifying information of other individuals that the conspirators obtained through their misappropriations to access the bank accounts of the legitimate account holders and apply for loans, obtain cash advances, open lines of credit, and otherwise withdraw funds from those accounts via ATM and Interactive Teller Machine (ITM) transactions. The misappropriated credit and debit cards possessed and utilized by the conspirators constituted "access devices" and "unauthorized access devices" as those terms are defined at Title 18, United States Code, Sections 1029(e)(l) and (3), respectively.

14. Throughout the course of the conspiracy, the conspirators possessed and utilized the names, dates of birth, Social Security numbers, addresses, and banking information of other individuals in. the form of stolen checks, stolen credit and debit cards, and stolen mail containing personally identifiable information. These purloined items constituted means of identification of those other individuals, as that term is defined at Title 18, United States Code, Section 1028(d)(7). The conspirators also possessed and utilized the names, ATM cards, and PINs of the above described complicit third parties, each of which independently constituted a means of identification of those persons, as that term is defined at Title 18, United States Code, Section 1028(d)(7).

15. It was further part of the conspiracy that coconspirators used firearms and destructive devices to protect and shield proceeds of the fraud.

## COUNT ONE
(Conspiracy to Commit Bank Fraud)

THE GRAND JURY CHARGES THAT:

Between a date unknown, but believed to be no later than in or about April 2022, and continuing until in or about at least February 2023, the exact dates being unknown, in the Eastern District of Virginia and elsewhere, PATRICK WATSON, a/k/a "Gree," RAEQUAN HARRIS, a/k/a "Get Money Rae," KEANDRE WILLIAMS, a/k/a "Chase Bandz," LASHAWN CUFFEE, a/k/a "Yo Yo," JAWON BRAY, a/k/a "Cool Rich," and KEVIN RIDDICK, a/k/a "Cash," the defendants herein, along other conspirators known and unknown, did knowingly and willfully combine, conspire, confederate and agree with each other and others known and unknown, to commit the following offense against the United States: to knowingly execute and attempt to execute the aforesaid scheme and artifice to defraud and to obtain money, funds, assets, securities, and other property owned by and under the custody and control of a financial institution as defined under Title 18, United States Code, Section 20, by means of materially false and fraudulent pretenses, representations and promises in violation of Title 18, United States Code, Section 1344.

(In violation of Title 18, United States Code, Sections 1349 and 1344.)

COUNT TWO THROUGH SIXTEEN
(Bank Fraud)

THE GRAND JURY FURTHER CHARGES THAT:

1. The factual allegations set forth in the General Allegations are incorporated herein as if set out in full.

2. On or about the dates and in the matter set forth below, in the Eastern District of Virginia and elsewhere, PATRICK WATSON, a/k/a "Gree," RAEQUAN HARRIS, a/k/a "Get Money Rae," KEANDRE WILLIAMS, a/k/a "Chase Bandz," LASHAWN CUFFEE, a/k/a "Yo Yo," JAWON BRAY, a/k/a "Cool Rich," and KEVIN RIDDICK, a/k/a "Cash," the defendants herein, aided and abetted by others, along with other conspirators known and unknown, did knowingly and willfully attempt to execute a scheme and artifice to defraud a financial institution and to obtain the moneys, funds, credits, assets, securities, and other property owned by and under the custody and control of a financial institution, by means of the materially false and fraudulent pretenses, representations, and promises, as set forth below:

| Defendant | Count | Date (on or about) | Description of Transaction |
|---|---|---|---|
| WILLIAMS | 2 | April 11-14, 2022 | WILLIAMS, aided and abetted by others known and unknown, negotiated two counterfeit checks (check nos. 1125 and 1126) in the amounts of $1,480.00 and $4,820.00 drawn against the bank accounts of R.W. and made subsequent cash withdrawals of the funds from the custody and control of Langley Federal Credit Union. |
| WILLIAMS | 3 | April 16-18, 2022 | WILLIAMS, aided and abetted by others known and unknown, negotiated a counterfeit check (check no. 1122) in the amount of $4,930.00 drawn against the bank account of R.W. and made subsequent cash withdrawals of the funds from the custody and control of Langley Federal Credit Union. |

| | | | |
|---|---|---|---|
| RIDDICK and BRAY | 4 | May 12-23, 2022 | RIDDICK and BRAY, aided and abetted by others known and unknown, negotiated three counterfeit checks (check nos. 455, 127801, and 3110) all in the amount of $1,500.00 each drawn against the bank accounts of J.R., Caring for you Home Care Service, LLC, and S.D., and made subsequent cash withdrawals of the funds from the custody and control of Langley Federal Credit Union. |
| WATSON, RIDDICK, and BRAY | 5 | May 26-27, 2022 | WATSON, RIDDICK, and BRAY, aided and abetted by others known and unknown, negotiated a counterfeit check (check no. 1018) in the amount of $985.00 drawn against the bank account of D.S. and made subsequent cash withdrawals from the custody and control of Langley Federal Credit Union. |
| CUFFEE | 6 | June 29, 2022 | CUFFEE, aided and abetted by others known and unknown, negotiated a counterfeit check (no. 1136) at Langley Federal Credit Union in the amount of $4,940.00 drawn against the bank account of R.W. and made subsequent cash withdrawals of the funds from the custody and control of Langley Federal Credit Union. |
| CUFFEE | 7 | June 29, 2022 | CUFFEE, aided and abetted by others known and unknown, negotiated a counterfeit check (no. 1137) at Langley Federal Credit Union in the amount of $4,960.00 drawn against the bank account of R.W. and made subsequent cash withdrawals of the funds from the custody and control of Langley Federal Credit Union. |
| HARRIS | 8 | July 8, 2022 | HARRIS, aided and abetted by others known and unknown, negotiated a counterfeit check (check no. 105) at Navy Federal Credit Union in the amount of $6,497.23 drawn against the bank account of V.S. and made subsequent cash withdrawals of funds from the custody and control of Navy Federal Credit Union. |

| | | | |
|---|---|---|---|
| HARRIS | 9 | July 21, 2022 | HARRIS, aided and abetted by others known and unknown, negotiated counterfeit checks (check nos. 605 and 606) in the amount of $900.00 and $714.27 drawn against the business bank account of Fish Tails LLC d/b/a Skrimp Shack, and made subsequent withdrawals of currency from the custody and control of Langley Federal Credit Union. |
| HARRIS | 10 | July 22, 2022 | HARRIS, aided and abetted by others known and unknown, negotiated a counterfeit check (check no. 607) in the amount of $698.23 drawn against the business bank account of Fish Tails LLC, d/b/a Skrimp Shack, and made subsequent withdrawals of currency from the custody and control of Langley Federal Credit Union. |
| WILLIAMS | 11 | August 10, 2022 | WILLIAMS, aided and abetted by others known and unknown, negotiated two counterfeit checks (nos. 910 and 915) in the amounts of $4,220.00 and $4,920.00 drawn against the bank account of N.H. and made subsequent cash withdrawals from the custody and control of Langley Federal Credit Union. |
| WATSON and HARRIS | 12 | September 1-2, 2022 | WATSON and HARRIS, aided and abetted by others known and unknown, opened a bank account with Langley Federal Credit Union using the stolen identity of Zac.W., applied for a $5,000 personal loan, and withdrew $5,000 from the custody and control of Langley Federal Credit Union. |
| WATSON, BRAY, and HARRIS | 13 | September 2-3, 2022 | WATSON, BRAY, and HARRIS, aided and abetted by others known and unknown, negotiated a counterfeit check (check no. 191) in the amount of $541.00 drawn against the bank account T.B. and made subsequent cash withdrawals of the funds from the custody and control of Langley Federal Credit Union. |
| WATSON BRAY, and HARRIS | 14 | September 1-4, 2022 | WATSON, BRAY, and HARRIS, aided and abetted by others known and unknown, negotiated a counterfeit check (check no. 192) in the amount of $582.00 drawn against the bank ac- |

| | | | |
|---|---|---|---|
| | | | count T.B. and made subsequent cash withdrawals of the funds from the custody and control of Langley Federal Credit Union. |
| WATSON and HARRIS | 15 | September 6-9, 2022 | WATSON and HARRIS, aided and abetted by others known and unknown, opened a bank account in the name of identity theft victim Zac.W. at Bay Port Credit Union, applied for a $7,000 loan, and made subsequent withdrawals of currency from the custody and control of Bay Port Credit Union. |
| RIDDICK | 16 | September 9, 2022 | RIDDICK, aided and abetted by others known and unknown, opened a bank account and credit card at Langley Federal Credit Union using the stolen identity of J.C. and applied for and received a $5,000 cash advance on the credit card, which represented funds under the custody and control of Langley Federal Credit Union. |
| WATSON and HARRIS | 17 | September 12-30, 2022 | WATSON, aided and abetted by others known and unknown, opened an account with Navy Federal Credit Union using the stolen identity of Zac.W. and subsequently made a withdrawal of $3,000.00 from the custody and control of Navy Federal Credit Union. |
| WATSON | 18 | September 13, 2022 | WATSON, aided and abetted by others known and unknown, opened a bank account with Langley Federal Credit Union using the stolen identity of Zan.W., applied for a $5,000.00 personal loan, and withdrew $5,000.00 from the custody and control of Langley Federal Credit Union. |
| RIDDICK | 19 | September 14, 2022 | RIDDICK, aided and abetted by others known and unknown, applied for a personal loan from Langley Federal Credit Union in the amount of $5,000.00 and applied for a credit card with a $5,000.00 limit by using the stolen identity of J.C., which represented funds under the custody and control of Langley Federal Credit Union. |

| | | | |
|---|---|---|---|
| WATSON and CUFFEE | 20 | September 17-18, 2022 | WATSON and CUFFEE, aided and abetted by others known and unknown, negotiated a counterfeit check (check no. 313) in the amount of $500.00 drawn against the bank account of T.M. and made subsequent cash withdrawals from the custody and control of Langley Federal Credit Union. |
| WATSON and HARRIS | 21 | October 1, 2022 | WATSON and HARRIS, aided and abetted by others known and unknown, used the bank account opened with the stolen identity of Zac.W. and made a withdrawal of $4,000.00 from the custody and control of Navy Federal Credit Union. |
| WATSON | 22 | October 3-4, 2022 | WATSON, aided and abetted by others known and unknown, opened a bank account with Langley Federal Credit Union using the stolen identity of C.M., applied for a $5,000.00 credit card, and obtained a $5,000.00 cash advance from the custody and control of Langley Federal Credit Union. |
| BRAY | 23 | February 24-25, 2023 | BRAY, aided and abetted by others known and unknown, opened a bank account in the name of identity theft victim J.D. at Langley Federal Credit Union, applied for a $20,000 credit card, and made subsequent withdrawals of currency from the custody and control of Langley Federal Credit Union. |

(In violation of Title 18, United States Code, Sections 1344 and 2.)

COUNT TWENTY-FOUR THROUGH TWENTY-SIX
(Making, Uttering, and Possessing Counterfeit Securities of a Private Entity)

THE GRAND JURY FURTHER CHARGES THAT:

1. The factual allegations set forth in the General Allegations are incorporated herein as if set out in full.

2. On or about the dates and in the manner set forth below, in the Eastern District of Virginia, PATRICK WATSON, a/k/a "Gree," RAEQUAN HARRIS, a/k/a "Get Money Rae," JAWON BRAY, a/k/a "Cool Rich," and KEVIN RIDDICK, a/k/a "Cash," the defendants herein, aided and abetted by others known and unknown, and along with other conspirators known and unknown to the Grand Jury, did knowingly make, utter, and possess forged securities of private entities, with intent to deceive other private organizations.

| Defendant | Count | Date (on or about) | Description of Forged Security |
|---|---|---|---|
| HARRIS | 24 | July 21, 2022 | HARRIS, aided and abetted by others known and unknown, made, uttered, and possessed a counterfeit business check (check no. 605) drawn against the business bank account of Fish Tails, LLC, d/b/a Skrimp Shack, and made payable to Z.C. in the amount of $900.00. |
| HARRIS | 25 | July 22, 2022 | HARRIS, aided and abetted by others known and unknown, made, uttered, and possessed a counterfeit business check (check no. 607) drawn against the business bank account of Fish Tails, LLC, d/b/a Skrimp Shack, and made payable to Z.C. in the amount of $900.00. |

| | | | |
|---|---|---|---|
| RIDDICK and BRAY | 26 | May 22, 2022 | RIDDICK and BRAY, aided and abetted by others known and unknown, made, uttered, and possessed a counterfeit check (no. 127801) drawn against the bank account of Caring For You Home Care Service, LLC, and made payable to RIDDICK in the amount of $1,500.00. |

(In violation of Title 18, United States Code, Sections 513(a) and 2.)

## COUNTS TWENTY-SEVEN THROUGH THIRTY-SEVEN
(Aggravated Identity Theft)

THE GRAND JURY FURTHER CHARGES THAT:

1. The factual allegations set forth in the General Allegations are incorporated herein as if set out in full.

2. On or about the dates set forth herein, in the Eastern District of Virginia, PATRICK WATSON, a/k/a "Gree," RAEQUAN HARRIS, a/k/a "Get Money Rae," KEANDRE WILLIAMS, a/k/a "Chase Bandz," LASHAWN CUFFEE, a/k/a "Yo Yo," JAWON BRAY, a/k/a "Cool Rich," and KEVIN RIDDICK, a/k/a "Cash," the defendants herein, aided and abetted by others known and unknown, and along with conspirators known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally use, without lawful authority, a means of identification of another during and in relation to felony violations of provisions in Chapter 63 of Title 18, to wit: conspiracy to commit bank fraud, in violation of Title 18, United States Code, Section 1349; and bank fraud, in violation of Title 18, United States Code, Section 1344.

| Defendant | Count | Date (on or about) | Means of Identification | Description of Transaction | Felony Violation |
|---|---|---|---|---|---|
| WILLIAMS | 27 | April 11-14, 2022 | Personal identifiers of victim R.W., including his name and unique bank account number. | Use of a means of identification of R.W. to negotiate counterfeit check (check no. 1125) | 18 U.S.C. §§ 1349, 1344<br><br>(ref. Counts 1 and 2) |

| | | | | | |
|---|---|---|---|---|---|
| WATSON, RIDDICK, and BRAY | 28 | May 27, 2022 | Personal identifiers of victim D.S., including his name, date of birth, and social security number. | Use of a means of identification of D.S. to open a bank account at Langley Federal Credit Union, check the balance, negotiate a counterfeit check (check no. 1018), and make withdrawals | 18 U.S.C. §§ 1349, 1344<br><br>(ref. Counts 1 and 5) |
| CUFFEE | 29 | June 29, 2022 | Personal identifiers of victim R.W., including his name and unique bank account number. | Use of a means of identification of R.W. to negotiate a counterfeit check (check no. 1136) | 18 U.S.C. §§ 1349, 1344<br><br>(ref. Counts 1 and 6) |
| CUFFEE | 30 | June 29, 2022 | Personal identifiers of victim R.W., including his name and unique bank account number. | Use of a means of identification of R.W. to negotiate a counterfeit check (check no. 1137) | 18 U.S.C. §§ 1349, 1344<br><br>(ref. Counts 1 and 7) |
| HARRIS | 31 | July 8, 2022 | Personal identifiers of victim V.S. including her name, address, and unique bank account number | Use of a means of identification of V.S. to negotiate a counterfeit check (no. 105). | 18 U.S.C. §§ 1349, 1344<br><br>(ref. Counts 1, 8) |
| WILLIAMS | 32 | August 10, 2022 | Personal identifiers of victim N.H. including her name, address, and unique bank account number | Use of a means of identification of N.H. to negotiate counterfeit business check (check no. 910) | 18 U.S.C. §§ 1349, 1344<br><br>(ref. Counts 1 and 11) |
| WATSON and HARRIS | 33 | September 1-2, 2022 | Personal identifiers of Zac.W. including his name, date of birth, and social | Use of a means of identification of Zac.W. to open a bank account at Langley Federal | 18 U.S.C. §§ 1349, 1344<br><br>(ref. Counts 1 and 12) |

| | | | | | |
|---|---|---|---|---|---|
| | | | security number. | Credit Union, apply for a personal loan, and withdraw currency. | |
| WATSON | 34 | September 13, 2022 | Personal identifiers of Zan.W., including his name, date of birth, and social security number. | Use of a means of identification of Zan.W. to open a bank account at Langley Federal Credit Union, apply for a $5,000.00 personal loan, and withdraw $5,000.00 as currency. | 18 U.S.C. §§ 1349, 1344<br><br>(ref. Counts 1 and 18) |
| RIDDICK | 35 | September 14, 2022 | Personal identifiers of J.C., including his name, date of birth, and social security number | Use of a means of identification of J.C. to apply for a personal loan and credit card | 18 U.S.C. §§ 1349, 1344<br><br>(ref. Counts 1 and 19) |
| WATSON | 36 | October 3-4, 2022 | Personal identifiers of C.M., including his name, date of birth, and social security number. | Use of a means of identification of C.M. to open a bank account at Langley Federal Credit Union, apply for a credit card, and withdraw $5,000.00 as currency. | 18 U.S.C. §§ 1349, 1344<br><br>(ref. Counts 1 and 22) |

| | | | | | |
|---|---|---|---|---|---|
| BRAY | 37 | February 24-25, 2023 | Personal identifiers of J.D., including his name, date of birth, and social security number. | Use of a means of identification of J.D. to open a bank account at Langley Federal Credit Union, apply for a credit card, and make currency withdrawals. | 18 U.S.C. §§ 1349, 1344<br><br>(ref. Counts 1 and 23) |

(In violation of Title 18, United States Code, Section 1028A and 2.)

COUNT THIRTY-EIGHT
(Felon in Possession of a Firearm)

1. The factual allegations contained above are incorporated herein by reference as if set out in full.

2. On or about September 14, 2022, in Hampton in the Eastern District of Virginia, KEVIN RIDDICK, a/k/a "Cash," the defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate commerce, a firearm, that is: a Glock 19 semiautomatic handgun (serial number BUHC832) which had been shipped and transported in interstate and foreign commerce.

(In violation of Title 18 U.S.C., Sections 922(g)(1) and 924(a)(8).)

## FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. The defendants, if convicted of any of the violations alleged in Counts One through Twenty-Three of this Indictment, shall forfeit to the United States, as part of sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of the violation.

2. The defendants, if convicted of any of the violations alleged in Counts Twenty-Four through Twenty-Six of this Indictment, shall forfeit to the United States, as part of sentencing pursuant to Federal Rule of Criminal Procedure 32.2:

   a. Any property, real or personal, which constitutes or is derived from proceeds traceable to the violation; and

   b. All counterfeits of any coins or obligations or other securities of the United States or of any foreign government, and any articles, devices, or other things made, possessed, or used in violation of 18 U.S.C. § 470 et seq., or any material or apparatus used or fitted to intended to be used, in the making of such counterfeits, articles, devices, or things, which were possessed without proper authority.

3. Defendant KEVIN RIDDICK, if convicted of any of the violation alleged in Count Thirty-Eight of this Indictment, shall forfeit to the United States, as part of sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any firearm or ammunition involved in or used in the violation.

4. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e.).

(In accordance with Title 18, United States Code, Sections 492, 924(d), 981(a)(1)(C), and 982(a)(2)(A); Title 28, United States Code, Section 2461(c).)

UNITED STATES v. PATRICK WATSON, et al.
4:26-cr-48

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

A TRUE BILL:

REDACTED COPY

FOREPERSON

Todd W. Blanche
Acting Attorney General

By:

D. Mack Coleman
Assistant United States Attorney
Eastern District of Virginia
11815 Fountain Way, Suite 200
Newport News, Virginia 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
Email: mack.coleman@usdoj.gov